United States Districs Court

for the northern District of Texas
_____Amarillo_____ Division

United States of America
          Plaintiff,

V.

Willie leon Holiwell III
          Defenant,

DEC 22 2023 PM 1:37
FILED - USDC - NDTX - AM

FCI Pollock
Place of Confinement

58961-177
Federal Register number

2:19-Cr-00076-Z-BR-3
Criminal Case number

Defendant's motion for Reduction of Sentence
Pursuant to 18 U.S.C. § 3582 (C)(2) and Amendment
# 821 to the Federal Sentencing Guidelines:

_____ Based on U.S.S.G. § 4C1.1 Adjustment
          for Zero-Point offenders

___X___ Based on U.S.S.G § 4A1.1 d & Criminal
History Category (for those who received
"status" points for being under a Criminal
Justice Sentence at the time of the
Offense,)

## Questionaire

1. Name and location of court that entered the setence you are asking to reduce:
   U.S. District Court, Northern District of Texas (Amarillo)

2. Date of Sentence and Judgment of Conviction:
   05/28/2020

3. Are you Currently in Prison for this Sentence?
   __X__ Yes   _____ no

4. If so, when is your Projected release date?
   10/10/2027

5. Are you Currently on Supervised release?
   _____ Yes   __X__ no

6. Are you Currently in Prison because you violated your Supervised release for the Conviction and sentence Identified in response to question no.1 and 2?
   _____ Yes   __X__ no

7. Is your case currently on Appeal?
   _____ Yes   __X__ no

8. Offense(s) for which you were convicted?
   Possession of Stolen Firearms

Page 2.

9. In Calculating the Applicable Sentencing Guidline range, were you assessed criminal History Points (U.S.S.G § 4A1.1) __X__ yes _____ no _____ not Sure

9a If the answer to question 9 is "no" Check the box for all statements that apply to your sentence:

☐ I received Criminal History Points from Chapter 4, Part A,
☐ I received an adjustment under § 3A1.4
☐ I used Violence or credible threats of Violence in the offense
☐ the offense resulted in death or serious bodily Injury
☐ the Instant offense of conviction is a Sex offense
☐ I personally cause financial Hardship
☐ I Possesed, received, Purchased, transferd, Sold, or otherwise disposed of a firearm or other dangerous weapon
☐ the Instant offense of Conviction is covered by 2H1.1
☐ I received an Adjustment under § 3A1.1 or 3A1.5
☐ I received an Adjustment under 3B1.1 or engaged in a criminal enterprise (21 U.S.C. 848;
☐ none of the statements applies to my case

10. If the answer to question 9 is "Yes" were you assessed criminal History Points for being under any criminal Justice sentence Including Probation, Parole, Supervised release, Imprisoment, work release, or escape status at the time of offense __X__ yes _____ no _____ not

11. If the Answer to 10 was "yes" How many Points were assessed in total Including status Points
    ___10___ Criminal History Points

12. If you were Sentenced on or after April 5, 2023 did the Court Provide the benefit of the "Status Points" or "Zero Point offender" Amended Guidelines at your Sentencing hearing Prior to the effective date
    _____ yes ___ no _____ not Sure

13. list any good conduct you would like the Court to be aware of:

    I would like the Court to know that Since I've been Incarcerated in Federal Prison I have not been in trouble or received any dissiplinary Shots at all. I Have also Completed a drug Abuse Education Course. I have also Completed a Vocational training Program in Sewing and Textiles, also the FSA Classes Diabetes Prevention, The national diabetes Prevention Program, And and S.e.C. High Intensity Interval Training class. I'm currently waiting to start the cdl truck driving course that Starts soon. And I'm Currently on wait list for the Anger management class, I'm hoping and Praying that the Court will be merciful with me while looking at this motion so I can Come Home to be the man I know I Can be to my family, Thank you and God bless!

For the reasons stated In this motion, I move the court for a reduction in Sentence Under 18 U.S.C. § 3582 (c) (2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under Penalty of Perjury that the facts Stated in this motion are true and Correct.

Respectfully Submitted this ___Dec, 15___, 20 23

_____
Signature of defendant

Willie Leon Holiwell III
Printed name

58961-177
BOP NO.

FCI POLLOCK
Federal correctional Institution

P.O BOX 4050
Address

Pollock, LA, 71467
City, State, Zip code

Page 5

Willie Holiwell # 58961-177
Federal correctional Institution
P.O. Box 4050
Pollock, LA 71467

SHREVEPORT LA 710

19 DEC 2023   PM 1  L

Amarillos Federal district Court clerk
205 SE 5th Avenue
room 133
Amarillo TX 79101
79101-155599